**PRISM TECHNOLOGIES LLC,**
Plaintiff–Appellant,

v.

**VERISIGN, INC., Defendant–Appellee,**

and

**RSA Security, Inc., Defendant–Appellee,**

and

**Netegrity, Inc. and Computer Associates International, Inc.,**
Defendants–Appellees,

and

**Johnson & Johnson Services, Inc.,**
Defendant–Appellee.

No. 2007–1315.

United States Court of Appeals, Federal Circuit.

Feb. 6, 2008.

David P. Swenson, Robins, Kaplan, Miller & Ciresi L.L.P, of Minneapolis, MN, argued for plaintiff-appellant. With him on the brief were Ronald J. Schutz, Aziz Burgy, and Christopher J. Kuhlman.

John M. DiMatteo, Willkie Farr & Gallagher, LLP, of New York, NY, argued for all defendants-appellees. With him on the brief for defendant-appellee Johnson & Johnson Services, Inc. were Steven H. Reisberg and Leslie M. Spencer. On the brief for defendant-appellee Verisign, Inc. were Frank C. Cimino, Jr. and Daniel E. Yonan, Akin Gump Strauss Hauer & Feld, LLP, of Washington, DC, and Jason A. Snyderman and John D. Simmons, of Philadelphia, PA. On the brief for defendant-appellee RSA Security, Inc. were Mark D. Selwyn, Wilmer Cutler Pickering Hale and Dorr LLP, of Palo Alto, CA, and William F. Lee, David B. Bassett, Donald R. Steinberg, and Gregory P. Teran, of Boston, MA. On the brief for defendants-appellees, Netegrity, Inc., et al., were David M. Schlitz, Baker Botts LLP, of Washington, DC, and Samir A. Bhavsar and Jeffrey D. Baxter, of Dallas, TX.

Before MAYER, BRYSON and GAJARSA, Circuit Judges.

### Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.